WCH:or

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20409-CR-MIDDLEBROOKS / GARBER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GLEN ALLEN HUDSON,

        Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises the Court finds as follows:

1. On May 9, 2008, a federal grand jury sitting in Miami, Florida, returned a single count Indictment charging Glen Allen Hudson, with distributing, shipping and transporting in interstate and foreign commerce by any means, including by computer, visual depiction involving the use of a minor engaging in sexually explicit conduct as defined in title 18, United States Code, Section 2256(2), in violation of Title, United States Code, Section 2252(a)(2).

2. The Indictment as supplemented by a Bill of Particulars, further sought the forfeiture of the defendant's interest in certain property pursuant to Title 18, United States Code, Section 2253, including:

**One Soyo Computer Tower, White in Color, serial # CH41110337.**

3. On August 21, 2008, the defendant pled guilty to the Indictment [DE # 25].

4. Therefor, in consideration of the guilty plea, and upon motion of the United States and for good cause shown thereby, it is hereby:

ORDERED that:

1. All right, title and interest of defendant Glen Allen Hudson in:

**One Soyo Computer Tower, White in Color, serial # CH41110337,** is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 2253.

2. The United States Secret Service, or any duly authorized law enforcement official, may seize and take custody of the property identified herein above as forfeited under this order pursuant to Title 18, United States Code, Section 2253.

3. The United States shall cause to be published on the government website, www.forfeiture.gov , notice of this Order as required by Title 21, United States Code, Section 853(n)(6). The notice shall state that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title or interest in the property, and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States shall provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of

Forfeiture, in addition to the published notice.

It is further:

ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Section 2253(m) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to Title 18, United States Code, Section 2253(m)(7), this Order shall be deemed a final order of forfeiture, and the United States Secret Service, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED at Miami, Florida on this /2 day of Sept., 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Counsel of Record