UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-20409-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GLEN ALLEN HUDSON,

    Defendant.
_____/



## ORDER

**THIS MATTER** came before the Court upon the Federal Public Defender's Motion to Withdraw and Appointment filed on September 12, 2008. The Court has considered the matter and it is hereby

**ORDERED and ADJUDGED** that the Motion if **GRANTED**. It is also ordered that Attorney, Hector L. Flores, located at Alfred I. DuPont Building, 169 East Flagler Street, Suite 1200, Miami, Florida (305) 374-3998 is appointed as new counsel pursuant to the Criminal Justice Act.

**DONE and ORDERED** in Chambers, Miami, Florida, this 12 day of September, 2008.

                                  DONALD M. MIDDLEBROOKS
                                  UNITED STATES DISTRICT JUDGE

cc:    Hector L. Flores, SAFPD
        Brent Tantillo, AUSA